| FROM: | Jiri Pik<br>2nd Floor, 145-157 St John Street; EC1V 4PY London; United Kingdom;<br>Email: jiri@jiripik.com; Cell: +44 795 0488 589 |
|---|---|
| TO: | Judge McMahon, Judge Freeman<br>CC: Goldman Sachs Group |
| RE: | 09-cv-00972OCM Jiri Pik v Goldman Sachs Group – Service of the Court's Papers |

London, July 28, 2009

Dear Judge McMahon, Judge Freeman:

This is to advise you that I've received your letter of June 19, 2009 only yesterday – I live abroad - and immediately afterwards I couriered the documents for Service of the Defendants to the US Marshall Service. They should receive the documents by Wednesday. See the enclosed messenger's receipt. The service of the documents with the court will be filed by the US Marshall Service.

If the Service of the Documents doesn't take place by Aug 3, 2009, I am hereby asking to extend the deadline of 120 days due to the 5 months hospitalization.

Regarding the hearing of September 18, 2009, I most kindly request the phone number to call.

All the best,

**MEMO ENDORSED**

7/29/09 - The court will grant an extension ONLY for 30 days, based on the representation that plaintiff has already couriered documents to the marshal.

[signature]

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09
```

July 28, 2009

Page 1 of 2

Copies mailed/faxed/handed to counsel on 7/30/09