| FROM: | Jiri Pik<br>2nd Floor, 145-157 St John Street; EC1V 4PY London; United Kingdom<br>Email: jiri@jiripik.com; |
|---|---|
| TO: | Colleen McMahon |
| RE: | 09 Civ 972 (CM) (GWG) – Jiri Pik –v- Goldman Sachs Group – Phone conferences |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 9/23/09

London, September 21, 2009

*Dear Colleen McMahon:*   **MEMO ENDORSED**

Let me reiterate the request for the very last extension of time for the phone conference, on the following grounds:

1. Since 2009 January till June 2009, I've been held in political imprisonment in London, with no access to mail, bank account, friends etc.

2. Consequently, in the middle of August I permanently moved out of the European Union for exile to Switzerland where I'm just settling myself in. The moving has been so time and resource extensive that I still do not even have a compulsory health insurance or cell phone number.

3. Please note that I work 7 days a week from 6.00am till 10.00pm.

4. Furthermore, I still haven't received any response from you to my previous letter as the post sent via my London forwarding address takes about 3 - 4 weeks to reach me in Switzerland.

Therefore, I believe there is a good cause for postponement of the deadline to file the response until end of October 2009 as I wouldn't be enough prepared until then, the events which did happen to me were extraordinary and the Court is certainly able to assess the amount of distress I've been in and take a favourable decision in this regard.

My fax number is +41-43-430-23-93.

Sincerely,

Thank you.   Copies mailed /faxed/ handed to PRO SE counsel on 9/23/09

Sincerely,

[signature]

September 21, 2009

*9/22/09 This matter has been dismissed for failure to prosecute. Colleen McMahon USDJ*

Page 1 of 1